United States District Court
Southern District of Texas
**ENTERED**
September 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br>     Plaintiff <br><br> v. <br><br> THE NEW KING'S COLONY PROPERTY OWNERS ASSOCIATION, INC., JOHN HARRIS, EVODIO GONZALEZ, ROSEANGELES ALVAREZ, AGUSTIN AVILA, ELVIA AVILA, MIGUEL GALVEZ, JAKELIN GARCIA, GLADIS HERNANDEZ, ALVARO MORALES, MARGARITA OCHOA, ADRIANA RAMIREZ, JUAN MANUEL BUENO GARCIA, MARIA V. GONZALEZ, JUAN ZAPATA LOPEZ, ARMANDO DE ALBA, REYNA M. SANCHEZ, JULIA PARRA LOZA, SANTIAGO OCHOA, EDGAR MARTINEZ PARRA, ALICE OCHOA, MARIA T. HERNANDEZ, and LIDIA LOPEZ DEL RIO <br>     Defendants | § § § § § § § § § § § § § § § § § § § § § § § § §     CASE NO.4:16-cv-3579 |

**ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

On this date, the Court heard and considered the Joint Motion to Dismiss, without prejudice, of Atain Specialty Insurance Company ("ATAIN") and Defendants Evodio Gonzalez, Roseangeles Alvarez, Agustin Avila, Elvia Avila, Miguel Galvez, Jakelin Garcia, Gladis Hernandez, Alvaro Morales, Margarita Ochoa, Adriana Ramirez, Juan Manual Bueno Garcia, Maria V. Gonzalez, Juan Zapata Lopez, Armando de Alba, Reyna M. Sanchez, Julie Parra Loza, Santiago Ochoa, Edgar Martinez Parra, Alice Ochoa, Maria T. Hernandez, and Lidia Lopez Del Rio, The New King's Colony Property Owners Association, Inc. and John

Harris. Having considered the Joint Motion, this court ORDERS that the pending cause be and hereby is DISMISSED, without prejudice to the refiling of same, if necessary.

Costs of court to abide as incurred.

SIGNED and ENTERED this _8th_ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE
ALFRED BENNETT

APPROVED:

    **Bush & Ramirez, PLLC**

    BY:   */s/ George T. Jackson*
    George T. Jackson
    SBN: 10466950 / FBN: 15072
    5615 Kirby Drive, Suite 900
    Houston, Texas 77005
    Telephone: (713) 626-1555
    Telecopier: (713) 622-8077
    Email: gjackson.atty@bushramirez.com
    **Counsel for Plaintiff Atain Specialty Insurance Company**

    **Shidlofsky Law Firm**

    BY:   */s/ Douglas P. Skelley*   *by permission
    Douglas P. Skelley
    SBN: 24056335
    SDID: 903934
    Greystone Plaza
    7200 North Mopac Expressway
    Suite 430
    Austin, TX  78731
    Tel:  512-685-1400
    Fax:  866-232-8710
    Email: doug@shidlofskylaw.com

    And Of Counsel:
    Lee H. Shidlofsky
    SBN:  24002937
    SDID:  22026
    Shidlofsky Law Firm PLLC
    7200 N. Mopac Expressway, Suite 430
    Austin, TX  78731
    Tel:  512-685-1400
    Fax:  866-232-8710

    **Counsel for Defendants The New King's Colony Property Owners Association, Inc. and John Harris**

**Chris Bell P.C.**

BY: ___/s/ Chris Bell___ *by permission
Chris Bell
SBN: 00783631
10000 Memorial Drive, Suite 750
Houston, TX 77024
Tel: 713-300-5158
Fax: 713-583-5524
Email:Chris@ChrisBellLaw.com

Willie C. Briscoe
SBN: 24001788
The Briscoe Law Firm, PLLC
3131 McKinney Avenue, Suite 600
Dallas, TX 75204
Tel: 214-643-6011
Fax: 281-254-7789
Email: wbriscoe@thebriscoelawfirm.com

Billy J. Briscoe
SBN: 24028926
The Briscoe Group
1980 Post Oak Boulevard, 15th Floor
Houston, TX 77056
Tel: 713-752-2600
Fax: 832-201-9950
Email: bbriscoe@thebriscoelawfirm.com

**Counsel for Resident Defendants: Evodio Gonzalez, Roseangeles Alvarez, Agustin Avila, Elvia Avila, Miguel Galvez, Jakelin Garcia, Gladis Hernandez, Alvaro Morales, Margarita Ochoa, Adriana Ramirez, Juan Manual Bueno Garcia, Maria V. Gonzalez, Juan Zapata Lopez, Armando de Alba, Reyna M. Sanchez, Julie Parra Loza, Santiago Ochoa, Edgar Martinez Parra, Alice Ochoa, Maria T. Hernandez, and Lidia Lopez Del Rio**